## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Peggy Ann Giegucz aka Peggy Giegucz,                    CHAPTER 13
aka Peggy A Giegucz

               Debtor(s)                    BKY. NO. 25-22970 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

               Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
05 Nov 2025, 15:17:22, EST

Denise Carlon, Esq. (317226)   ☐
Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com