# United States Bankruptcy Court
## Western District of Pennsylvania

In re    Peggy Ann Giegucz                                          Case No.   2:25-bk-22970
                          Debtor(s)                                 Chapter    13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  Peggy Ann Giegucz  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   November 17, 2025              Signature   /s/ Peggy Ann Giegucz
                                                  Peggy Ann Giegucz
                                                  Debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy