IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Peggy Ann Giegucz,
   *Debtor*

Peggy Ann Giegucz,
   *Movant*

vs.

PNC National Bank, Federal Home Loan Mortgage
*Respondents*

Case No. 25-22970-GLT
Chapter 13
Document No.

(Prior Ch. 13 bankruptcy case filed at docket number 25-22316-GLT dismissed by Order of Court dated September 11, 2025)

## MOTION TO EXTEND THE AUTOMATIC STAY BEYOND 30 DAYS

AND NOW, comes the Debtor, Peggy Ann Giegucz by and through her attorney, Chad T. Van Horn, Esq., and Van Horn Law Group, P.A., and respectfully represents as follows

1. This case was commenced on November 01, 2025 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor had filed a prior Chapter 13 Bankruptcy case which was dismissed on September 11, 2025.

3. The previous case was dismissed for failure to comply with the Court's Notice of Deficient Filing (DE#7), which required the Debtor to file Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan.

4. Ms. Giegucz has now filed all required Schedules, Statements and Chapter 13 Plan.

5. The purpose of the instant filing is for the Debtor to satisfy plan payments to retain her homestead property located at 4020 Kleber Street, 27th Ward Pittsburgh, PA 15212.

6. Therefore, Debtor asserts that this case was filed in good faith.

7. Accordingly, it is appropriate under these circumstances for the Court to enter an Order extending the automatic stay as to all creditors in the Current Bankruptcy Case.

     WHEREFORE, the Debtor, Peggy Ann Giegucz, respectfully requests that this Honorable Court extend the automatic stay beyond 30 days.

                                                      Respectfully submitted,

<u>January 19, 2026</u>                                         <u>/s/ Chad T. Van Horn, Esq.</u>
DATE                                                       Chad T. Van Horn, Esq., Esquire
                                                        Attorney for the Debtor
                                                        VAN HORN LAW GROUP, P.A.
                                                        5001 Baum Blvd., Suite 417
                                                        Pittsburgh, PA 15213
                                                        (412) 399-0000
                                                        Chad@cvhlawgroup.com
                                                        FL Bar 64500

**AFFIDAVIT**

      The undersigned, Peggy Ann Giegucz, declares under penalty of perjury under the laws of the United States of America, that the information contained in the foregoing Motion to Extend the Automatic Stay Beyond Thirty Days is true and correct to the best of our information, knowledge, and belief.

Dated  January  19,  2025

Debtor

_/s/ Peggy Giegucz_
Peggy Ann Giegucz