IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| **Peggy Ann Giegucz,** | : | Bankruptcy No. 25-22970-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Movant(s) | : | |
| **Peggy Ann Giegucz,** | : | Related to Document No. 28 and 30 |
| v. | : | |
| **PNC National Bank, Federal Home Loan Mortgage,** | : | Hearing Date and Time |
| Respondent(s) | : | March 11, 2026 at 10:30 AM |
| | : | |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND AUTOMATIC STAY AND NOTICE OF HEARING (DE 28 AND 30)**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 19, 2026.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification or any other type of service.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 19, 2026

                        By:   /s/ Chad T. Van Horn, Esq.
                                Chad T. Van Horn, Esq.
                                5001 Baum Blvd., Suite 417
                                Pittsburgh, PA 15213
                                (412) 399-0000
                                FL Bar 64500

```
Label Matrix for local noticing          Duquesne Light Company                   Federal Home Loan Mortgage Corporation
0315-2                                   c/o Bernstein-Burkley, P.C.              Robertson, Anschutz, Schneid, Crane
Case 25-22970-GLT                        601 Grant Street, 9th Floor              13010 Morris Road, Suite 450
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-4430                Alpharetta, GA 30004-2001
Pittsburgh
Mon Jan 19 14:52:13 EST 2026

Pittsburgh Water and Sewer Authority     2                                        Affirm, Inc.
c/o GRB Law                              U.S. Bankruptcy Court                    Resurgent Capital Services
Richard A. Monti, Esq.                   5414 U.S. Steel Tower                    PO Box 10587
525 William Penn Place                   600 Grant Street                         Greenville, SC 29603-0587
Suite 3110                               Pittsburgh, PA 15219-2703
Pittsburgh, PA 15219-1753

Best Egg Cross River Bank                Capital One                              Capital One
Greenville, SC 29602                     Attn: Bankruptcy                         PO Box 31293
                                         PO Box 30285                             Salt Lake City, UT 84131-0293
                                         Salt Lake City, UT 84130-0285


Capital One N.A.                         Comenity Bank/Zales                      Comenity Bank/Zales
by AIS InfoSource LP as agent            Attn: Bankruptcy                         PO Box 182120
PO Box 71083                             PO Box 182125                            Columbus, OH 43218-2120
Charlotte, NC  28272-1083                Columbus, OH 43218-2125


Consumer Portfolio Services, Inc.        Consumer Portfolio Services, Inc.        Credit One Bank N.A.
19500 Jamboree Rd                        Attn: Bankruptcy                         350 Camino de la Reina
Irvine, CA 92612-2437                    PO Box 57071                             San Diego, CA 92108-3007
                                         Irvine, CA 92619-7071


Danielle Coleman                         Erica Rocchi Brusselars, County Treasure Federal Home Loan Mortgage Corporation
133 Gaither Drive, Suite F               Room 108, Courthouse                     3217 South Decker Lake
Mount Laurel, NJ 08054-1710              436 Grant Street                         Salt Lake City , UT 84119-3284
                                         Pittsburgh, PA 15219-2429


Federal Home Loan Mortgage Corporation   Federal Home Loan Mortgage Corporation   Federal Home Loan. Select Portfolio Serv
3217 South Decker Lake Drive             c/o Select Portfolio Servicing, Inc.     3217 S. Decker Lake Drive
Salt Lake City , UT 84119-3284           P.O. Box 65250                           West Valley City, UT 84119-3284
                                         Salt Lake City, UT 84165 -0250


First Premier Bank                       Internal Revenue                         Karen Ann Giovengo
3820 N Louise Ave                        PO BOX 7346                              4020 Kleber St
Sioux Falls, SD 57107-0145               Philadelphia, PA 19101-7346              Pittsburgh, PA 15212-1518


(p)PRESSLER  FELT & WARSHAW  LLP         LVNV Funding LLC                         (p)LENDMARK FINANCIAL SERVICES
7 ENTIN RD                               Resurgent Capital Services               BANKRUPTCY DEPARTMENT
PARSIPPANY NJ 07054-5020                 PO Box 10587                             2118 USHER ST
                                         Greenville, SC   29603-0587              COVINGTON GA 30014-2434


Lvnv Funding LLC                         Lvnv Funding LLC/Resurgent Capital Servi Midland Credit Managem
Greenville, SC 29602                     Resurgent Correspondence, Attn: Bankrupt 350 Camino de la Reina
                                         PO Box 1269                              San Diego, CA 92108-3007
                                         Greenville, SC 29602-1269
```

| | | |
|---|---|---|
| Midland Credit Mgmt<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PNC Bank National Association<br>2730 S Decker Lake Avenue<br>Pittsburgh, PA 15222 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Robertson, Anschutz, Schneid, Crane<br>133 Gaither Drive Suite F<br>Mount Laurel, NJ 08054-1710 |
| (p)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Synchrony/Paypal Credit<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synchrony/Paypal Credit<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | The Bank of Missouri<br>PO Box 1216<br>Chesapeake, VA 23327-1216 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>PO Box 393<br>Minneapolis, MN 55480-0393 |
| Wells Fargo Bank NA<br>PO Box 393<br>Minneapolis, MN 55480-0393 | Chad T Van Horn<br>Van Horn Law Group P.A.<br>500 NE 4th Street<br>Ste 200<br>Fort Lauderdale, FL 33301-1163 | Peggy Ann Giegucz<br>4020 Kleber Street, 27th Ward<br>Pittsburgh, PA 15212-1518 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LVNV Funding LLC<br>7 Entin Road<br>Parsippany , NJ 29601 | Lendmark Financial Ser<br>2118 Usher St NW<br>Covington, GA 30014-2434 | PNC BANK, NATIONAL ASSOCIATION<br>Bankruptcy Department<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| (d)PNC Bank<br>PO Box 5570<br>Cleveland, OH 44101 | SPRING OAKS CAPITAL SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE, VA 23327-1216 | (d)Spring Oaks Capital Ll<br>PO Box 1216<br>Chesapeake, VA 23327-1216 |
| (d)Spring Oaks Capital, LLC<br>Attn: Bankruptcy<br>PO Box 1216<br>Chesapeake, VA 23327-1216 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (d)Pittsburgh Water & Sewer Authority<br>c/o GRB Law<br>Richard A. Monti, Esq.<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |

End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48