**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 25-22970-GLT |
| | : | |
| PEGGY ANN GIEGUCZ, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 28 |
| PEGGY ANN GIEGUCZ, | : | |
| Movant, | : | |
| | : | |
| | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

## ORDER OF THE COURT

**AND NOW** on this _____ day of _____, 2025, it is hereby Ordered, Adjudged, and Decreed that the Automatic Stay in the case of Peggy Ann Giegucz, is hereby EXTENDED beyond 30 days and shall continue in full force and effect until further Order of Court or dismissal of this case.

BY THE COURT,

_____
Hon. Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court