IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

FILED
1/20/26 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Case No: 25-22970-GLT |
| | : | |
| PEGGY ANN GIEGUCZ, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 28 |
| PEGGY ANN GIEGUCZ, | : | |
| Movant, | : | |
| | : | |
| | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

## ORDER OF THE COURT

**AND NOW** on this 20th Day of January, 2026, it is hereby Ordered, Adjudged and Decreed that: Upon review of the Motion to Extend the Automatic Stay Beyond 30 Days [Dkt. No. 29], it is hereby ORDERED that the Motion is DENIED. The Debtor filed the current chapter 13 case on November 1, 2025. [Dkt. No. 1]. Because she had a prior bankruptcy case pending within the past 12 months, the stay under 11 U.S.C. 362(a) was set to terminate on the 30th day after the filing of the later case. [See Case No. 25-22316 at Dkt. No. 36; see also 11 U.S.C. 362(c)(3)(A). Under 11 U.S.C. 362(c)(3)(B), the court may extend the stay upon a showing that the later case was filed in good faith, but such action must occur after notice and a hearing that is completed before the expiration of the 30-day period. Here, the 30-day period lapsed on December 1, 2026. And though the Debtor filed a motion to extend the stay on November 18, 2025, she failed to self-schedule the motion and comply with the Court's November 18, 2025 text order. [Dkt. Nos. 19, 20]. Accordingly, the initial motion to extend was denied by order dated December 1, 2025. [Dkt. No. 26]. The current motion (brought 79 days after the petition date and 49 days following the denial of the prior motion), is untimely because the stay has already terminated and can no longer be extended.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 25-22970-GLT |
|---|---|
| Peggy Ann Giegucz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peggy Ann Giegucz, 4020 Kleber Street, 27th Ward, Pittsburgh, PA 15212-1518 |
| 16603746 | | Best Egg Cross River Bank, Greenville, SC 29602 |
| 16603754 | + | Danielle Coleman, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 16603755 | + | Erica Rocchi Brusselars, County Treasure, Room 108, Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 16603758 | + | Federal Home Loan. Select Portfolio Serv, 3217 S. Decker Lake Drive, West Valley City, UT 84119-3284 |
| 16603761 | + | Karen Ann Giovengo, 4020 Kleber St, Pittsburgh, PA 15212-1518 |
| 16603763 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 16603769 | | PNC Bank National Association, 2730 S Decker Lake Avenue, Pittsburgh, PA 15222 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 21 2026 04:14:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 21 2026 04:14:00 | Pittsburgh Water and Sewer Authority, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16613687 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:26:15 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16603748 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 04:26:12 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16603747 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 04:26:07 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16614539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 04:26:06 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16603749 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 04:14:00 | Comenity Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 16603750 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 04:14:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16603751 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 21 2026 04:14:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 16603752 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 21 2026 04:14:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 16603753 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 04:14:00 | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16624577 | + | Email/Text: jdryer@bernsteinlaw.com | | |

Case 25-22970-GLT    Doc 35    Filed 01/22/26    Entered 01/23/26 00:40:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 21 2026 04:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16625740 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 21 2026 04:15:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 16603756 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 21 2026 04:15:00 | Federal Home Loan Mortgage Corporation, 3217 South Decker Lake, Salt Lake City, UT 84119-3284 |
| 16603757 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 21 2026 04:15:00 | Federal Home Loan Mortgage Corporation, 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 16603759 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 21 2026 04:26:20 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16603760 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 04:14:00 | Internal Revenue, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 16603762 | | Email/Text: bk@lendmarkfinancial.com | Jan 21 2026 04:14:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 16625452 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:26:14 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16603765 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:26:09 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 16603766 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 04:14:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16603767 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 04:14:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 16624469 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 04:14:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16603768 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 04:14:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 16603764 | | Email/Text: signed.order@pfwattorneys.com | Jan 21 2026 04:14:00 | LVNV Funding LLC, 7 Entin Road, Parsippany, NJ 29601 |
| 16617844 | + | Email/Text: ebnpwsa@grblaw.com | Jan 21 2026 04:14:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16623580 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 04:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16603770 | + | Email/Text: RASEBN@raslg.com | Jan 21 2026 04:14:00 | Robertson, Anschutz, Schneid, Crane, 133 Gaither Drive Suite F, Mount Laurel, NJ 08054-1710 |
| 16613443 | | Email/Text: bankruptcy@springoakscapital.com | Jan 21 2026 04:14:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 16603771 | | Email/Text: bankruptcy@springoakscapital.com | Jan 21 2026 04:14:00 | Spring Oaks Capital Ll, PO Box 1216, Chesapeake, VA 23327-1216 |
| 16603772 | | Email/Text: bankruptcy@springoakscapital.com | Jan 21 2026 04:14:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 16603773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 04:26:18 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16603774 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 04:26:18 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 16606092 | | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 04:26:09 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

| 16603775 | ^ MEBN | | Jan 21 2026 04:05:51 | The Bank of Missouri, PO Box 1216, Chesapeake, VA 23327-1216 |
| 16603777 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 21 2026 04:26:07 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 16603776 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 21 2026 04:26:13 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Debtor Peggy Ann Giegucz chad@cvhlawgroup.com Chad@cvhlawgroup.com,chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447,eve |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Pittsburgh Water and Sewer Authority rmonti@grblaw.com |
| Robert Shearer | on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7