**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>Peggy Ann Giegucz<br>*aka Peggy Giegucz*<br>*aka Peggy A Giegucz,*<br><br>　　　　　　Debtor.<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3,<br>　　　　　　Movant,<br>　　v.<br><br>Peggy Ann Giegucz<br>*aka Peggy Giegucz*<br>*aka Peggy A Giegucz,*<br>　　　　　　Debtor/Respondent,<br><br>Ronda J. Winnecour,<br>　　　　　　Trustee/Respondent. | Bankruptcy No. 25-22970-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 22 |

## ORDER DENYING CONFIRMATION OF
## CHAPTER 13 PLAN DATED NOVEMBER 17, 2025

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Debtor's

Chapter 13 Plan, and the objection of Federal Home Loan Mortgage Corporation, as Trustee for

the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3, and

after hearing, it is hereby

**ORDERED** that confirmation of the Debtor's Chapter 13 Plan dated November 17, 2025

is denied.

**BY THE COURT:**

_____

**Hon. Gregory L Taddonio
U.S. Bankruptcy Court Judge**