Certificate Number: 05781-PAW-DE-040840503

Bankruptcy Case Number: 25-22970



05781-PAW-DE-040840503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 10, 2026</u>, at <u>8:32</u> o'clock <u>AM PDT</u>, <u>Peggy Giegucz</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 10, 2026</u>          By:     <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:   <u>President</u>