IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: 

Peggy Ann Giegucz                    :      Case No. 25-22970-GLT

                                 :      Chapter 13

           Debtor(s)         :

Ronda J. Winnecour, Chapter 13  :      Related to Document 55

Trustee                       :

          Movant(s)        :      Hearing: 7/22/26 at 10:00 a.m.

            vs.               :

Peggy Ann Giegucz                    :

                                 :

      Respondent(s)    :

## CERTIFICATION OF NO OBJECTION REGARDING
## TRUSTEE'S ORAL MOTION TO DISMISS

      The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on June 12, 2026, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon.  Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than July 2, 2026.

7/6/2026                     /s/ Ronda J. Winnecour
                              Ronda J. Winnecour (PA I.D. #30399)
                              Attorney and Chapter 13 Trustee
                              U.S. Steel Tower- Suite 3250
                              600 Grant Street
                              Pittsburgh PA  15219
                              412-471-5566
                              cmecf@chapter13trusteewdpa.com