**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PEGGY ANN GIEGUCZ
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:25-22970 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/01/2025 and confirmed on 02/10/2026 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 4,930.26 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,925.26 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 295.83 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 295.83 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| FEDERAL HOME LOAN MORTGAGE CORI | 0.00 | 3,076.74 | 0.00 | 3,076.74 |
| Acct: 5879 | | | | |
| FEDERAL HOME LOAN MORTGAGE CORI | 23,005.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5879 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 180.50 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 12,885.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9169 | | | | |
| PNC BANK NA | 9,694.80 | 1,312.52 | 240.17 | 1,552.69 |
| Acct: 3620 | | | | |
| | | | | 4,629.43 |
| Priority | | | | |
| CHAD T VAN HORN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEGGY ANN GIEGUCZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEGGY ANN GIEGUCZ | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| VAN HORN LAW GROUP PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 8,857.89 | 0.00 | 0.00 | 0.00 |
| Acct: 0595 | | | | |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| BEST EGG | 11,201.38 | 0.00 | 0.00 | 0.00 |
| Acct: 8189 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3304 | | | | |
| CAPITAL ONE NA BY AIS INFOSOURCE LP | 867.90 | 0.00 | 0.00 | 0.00 |
| Acct: 4295 | | | | |
| CAPITAL ONE NA BY AIS INFOSOURCE LP | 491.99 | 0.00 | 0.00 | 0.00 |
| Acct: 5914 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 853.85 | 0.00 | 0.00 | 0.00 |
| Acct: 8873 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4476 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0973 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 2,416.16 | 0.00 | 0.00 | 0.00 |
| Acct: 1759 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4720 | | | | |
| SPRING OAKS CAPITAL SPV LLC | 754.21 | 0.00 | 0.00 | 0.00 |
| Acct: 4519 | | | | |
| WELLS FARGO CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3666 | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERICA | 94.20 | 0.00 | 0.00 | 0.00 |
| Acct: 9000 | | | | |
| AFFIRM INC | 677.47 | 0.00 | 0.00 | 0.00 |
| Acct: FRZK | | | | |
| DUQUESNE LIGHT COMPANY(*) | 856.47 | 0.00 | 0.00 | 0.00 |
| Acct: 2008 | | | | |
| INTERNAL REVENUE SERVICE* | 16,238.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0595 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KAREN ANN GIOVENGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS 4,629.43

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 8,857.89 |
| SECURED | 45,765.61 |
| UNSECURED | 34.452.33 |

Date: 08/14/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com